UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

PLINIO ALBERTO OROBIO LANDAZURI,

                   Petitioner,              Case No. 1:21-cv-1079

v.                                    Honorable Paul L. Maloney

UNITED STATES OF AMERICA,

                   Respondent.

_____/

## **JUDGMENT**

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

Dated:   December 30, 2021          /s/ Paul L. Maloney
                                        Paul L. Maloney
                                        United States District Judge